**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

EAST COAST VAPOR LLC,      :    No. 48 MAP 2021
                        :
         Appellant      :    Appeal from the Order of
                        :    Commonwealth Court dated May 27,
                        :    2021 at No. 17 MD 2021.
         v.                  :
                        :
COMMONWEALTH OF PENNSYLVANIA,    :
DEPARTMENT OF REVENUE,      :
                        :
         Appellee       :

## <u>ORDER</u>

**PER CURIAM**                               **DECIDED: February 23, 2022**

     **AND NOW,** this 23rd day of February, 2022, the order of the Commonwealth Court

is **AFFIRMED**.